UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS, AND
SEARCH WARRANT RETURNS

CASE NO. 1:23-MJ-434

MAGISTRATE JUDGE LITKOVITZ

**ORDER**

This matter is before the Court on the motion of the United States to permanently seal certain documents and to request that redacted versions of the Application and Supporting Affidavit, that are attached to the motion, be publicly filed. (Doc. 5). The **Search Warrant Return** has not been filed and is not attached to the motion.

Therefore, the motion is **DENIED**, subject to reconsideration by the filing of the Search Warrant Return within **10 days** of this Order.

**IT IS SO ORDERED.**

DATE: 4/8/2024

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE